IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JUSTIN ZELENY, )<br>)<br>Defendant. ) | Case No. 8:06CR23<br><br>ORDER |

This case is before the court on the defendant's Motion to Reopen Detention (#33). The motion is denied.

After reviewing the defendant's motion, I find no new evidence that would cause the court to change its initial Order of Detention (#15). This is especially true given the defendant's history of drug abuse and his significant prior criminal record.

**IT IS ORDERED:**

1. The defendant's Motion to Reopen Detention (#33) is denied without hearing.

Dated this 28th day of March 2006.

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge